```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 24768
  JALEESA M DOWNS
                                           CHAPTER 13

                                           JUDGE: A. BENJAMIN GOLDGAR

         Debtor
  SSN XXX-XX-2750


-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/18/08 .

     2.  The case was dismissed without confirmation, 01/09/2009.

-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------
TOYOTA MOTOR CREDIT CORP   SECURED VEHIC          .00           .00           .00
COLLEGE OF LAKE COUNTY     UNSECURED        NOT FILED           .00           .00
MHFS                       UNSECURED        NOT FILED           .00           .00
MHFS                       UNSECURED        NOT FILED           .00           .00
MHFS                       UNSECURED        NOT FILED           .00           .00
PARK CITY POLICE           UNSECURED        NOT FILED           .00           .00
PEOPLES GAS                UNSECURED        NOT FILED           .00           .00
WAUKEGAN POLICE DEPT       UNSECURED        NOT FILED           .00           .00
CITY OF ZION               UNSECURED        NOT FILED           .00           .00
SECRETARY OF STATE         UNSECURED        NOT FILED           .00           .00
         Summary of disbursements:
-----------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00          .00          .00           .00
PRINCIPAL PAID           .00          .00          .00          .00           .00
INTEREST PAID            .00          .00          .00          .00           .00
TOTAL PAID               .00          .00          .00          .00           .00
The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $   3500.00
and was paid $      33.00   direct and $       .00  through the plan.

The Trustee received $        .00 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 03/13/09                  /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
     CASE NO. 08 B 24768 JALEESA M DOWNS
```